**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

SEP 5 2019

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RIGOBERTO ESPINOZA, as an aggrieved employee pursuant to the Private Attorneys General Act ("PAGA"), | No. 15-56819 |
| Plaintiff-Appellant, | D.C. No. 2:15-cv-04659-RGK-AS |
| v. | ORDER[*] |
| BETA OPERATING COMPANY, LLC, DBA Beta Offshore, a Delaware limited liability company, | |
| Defendant-Appellee. | |

Appeal from the United States District Court
for the Central District of California
R. Gary Klausner, District Judge, Presiding

| | |
|---|---|
| ANDRE JEFFERSON, an individual, | No. 15-56856 |
| Plaintiff-Appellant, | D.C. No. 2:15-cv-04966-SJO-PLA |
| v. | |
| BETA OPERATING COMPANY, LLC, DBA Beta Offshore, a Delaware limited liability company; MEMORIAL PRODUCTION PARTNERS, LP, a Delaware limited partnership, | |

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

Defendants-Appellees.

Appeal from the United States District Court
for the Central District of California
S. James Otero, District Judge, Presiding

Submission Deferred June 5, 2017
Submitted September 3, 2019
Pasadena, California

Before: BEA and HURWITZ, Circuit Judges, and J. MOTZ, [**] District Judge.

These appeals are submitted on the briefs. Fed. R. App. P. 34(a)(2). The judgments are vacated and the cases remanded to the district court for further consideration in light of *Parker Drilling Mgmt. Servs., Ltd. v. Newton*, 139 S. Ct. 1881 (2019). Each party is to bear its own costs.

**VACATED AND REMANDED.**

---

[**] The Honorable J. Frederick Motz, United States District Judge for the District of Maryland, sitting by designation.